FILED

04/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0341

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0341

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SAMUEL RICHRD BONKO,

Defendant and Appellant.

## ORDER

Upon consideration Appellee's motion for a 30-day extension of time,

and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time

to and including May 11, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 1 2022